**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lazaro Despaigne Borrero,

       Plaintiff,                          Civil No. 08-315 (RHK/FLN)

vs.                               **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

United States of America, State
of Minnesota,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 7, 2008

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge