UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-315(DSD/FLN)

Lazaro Despaigne Borrero,

       Petitioner,

v.                                               **ORDER**

United States of America,
and State of Minnesota,

       Respondents.

      This matter is before the court upon petitioner's pro se objections to the report and recommendation of Magistrate Judge Franklin L. Noel dated February 7, 2008. In his report, the magistrate judge recommends that this action be summarily dismissed for lack of jurisdiction.

      The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). After a de novo review, the court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of petitioner's motion. Therefore, the court adopts the report and recommendation [Doc. No. 4] in its entirety.

      Accordingly, **IT IS HEREBY ORDERED** that:

      1.    Petitioner's petition for a writ of coram nobis [Doc. No. 1] be denied;

2. Petitioner's motion for leave to proceed in forma pauperis [Doc. No. 2] be denied; and

3. This action be summarily dismissed for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 5, 2008

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court